1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  MICHELE STEVENSON, SBN 180882
   LITTLER MENDELSON
8  2520 Venture Oaks Way, Suite 390
   Sacramento, CA 95833
   Telephone: (916) 830-7200
9  Facsimile: (916) 561-0828

10 Attorneys for Defendants
   AutoZone Parts, Inc. dba AutoZone #3330;
11 Herbert S. Gehlken; and Pamela D. Gehlken

12

13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 LARY FEEZOR,                    Case No. 2:09-cv-03321-JAM-CMK

18       Plaintiff,
                                   STIPULATION FOR DISMISSAL and
19 v.                              ORDER THEREON

20 AUTOZONE PARTS, INC. dba
   AUTOZONE #3330, et al.,
21
         Defendants.
22  _____/

23

24

25

26

27

28
   Stipulation for Dismissal and [Proposed]          *Feezor v. AutoZone Parts, Inc., et al.*
   Order Thereon                                     Case No. 2:09-cv-03321-JAM-CMK
                                   - 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, AUTOZONE PARTS, INC. dba AUTOZONE #3330, HERBERT S. GEHLKEN, and PAMELA D. GEHLKEN, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 13, 2010          DISABLED ADVOCACY GROUP, APLC


                                 /s/ Lynn Hubbard III
                                LYNN HUBBARD III
                                Attorney for Plaintiff Lary Feezor

Dated: August 12, 2010          LITTLER MENDELSON


                                 /s/ Michele Stevenson
                                MICHELE STEVENSON
                                Attorney for Defendants AutoZone Parts, Inc. dba AutoZone #3330; Herbert S. Gehlken; and Pamela D. Gehlken

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-03321-JAM-CMK, is hereby dismissed with prejudice.

Dated: August 18, 2010          /s/ John A. Mendez
                                United States District Court Judge